674 A.2d 1037

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Thomas A. SHUMAKER, Respondent.**

**No. 195, Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 28, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 28th day of March, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 4, 1996, it is hereby

ORDERED that THOMAS A. SHUMAKER be and he is SUSPENDED from the Bar of this Commonwealth for a period of two (2) years, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.